JENNIE E. SMITH, Respondent, *v.* THE ULSTER AND DELA-WARE RAILROAD COMPANY, Appellant.

*Smith* v. *Ulster & Delaware R. R. Co.*, 137 App. Div. 935, affirmed.
(Argued October 11, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 29, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*H. H. Fleming* and *Amos Van Etten* for appellant.

*A. L. Kellogg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.